# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D23-1608
Lower Tribunal No. 2020-CA-7589-O

_____

NICOLE INGRAM and CHRIS INGRAM, individually and as parent of A.I., a minor,

Appellants,

v.

VISTANA MANAGEMENT, INC.,

Appellee.

_____

Appeal from the Circuit Court for Orange County.
Reginald K. Whitehead, Judge.

April 2, 2024

PER CURIAM.

AFFIRMED.

STARGEL, SMITH and BROWNLEE, JJ., concur.


Alan D. Sackrin, of Sackrin & Tolchinsky, P.A., Hallandale Beach, for Appellants.

Lissette Gonzalez, of Cole, Scott & Kissane, P.A., Miami, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED